1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY EUGENE LEWIS,

                Plaintiff,

     v.

KING COUNTY, et al.,

                Defendants.

CASE NO. C16-1112JLR-JPD

ORDER ADOPTING REPORT
AND RECOMMENDATION

Before the court are Plaintiff Anthony Eugene Lewis's objections (Obj. (Dkt. # 38)) to Magistrate Judge James P. Donohue's Report and Recommendation (R&R (Dkt. # 35)). The court has examined Mr. Lewis's objections and concludes that they lack merit. Mr. Lewis's objections essentially reiterate his arguments from previous filings, and Magistrate Judge Donohue thoroughly addressed Mr. Lewis's arguments in his Report and Recommendation. (*See generally id.*) Further, the court has independently reviewed Mr. Lewis's objections and rejects them for the same reasons that Magistrate Judge Donohue rejected them.

ORDER - 1

1    Accordingly, the court OVERRULES Mr. Lewis's objections (Dkt. # 38) and

2   ADOPTS the Report and Recommendation (Dkt. # 35).  Mr. Lewis's motion for

3   preliminary injunctive relief is DENIED (Dkt. # 13).  The court DIRECTS the clerk to

4   send copies of this order to Mr. Lewis, counsel for Defendants, and Magistrate Judge

5   Donohue.

6       Dated this 4th day of January, 2017.

7

8   _____

9   JAMES L. ROBART
    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2